# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Feldman,<br><br>                Plaintiff,<br><br>vs.<br><br>Bearing, Belt & Chain, Inc., an Arizona corporation; Richard Linkowski and Jane Doe Linkowski, husband and wife; and Christopher Carrier,<br><br>                Defendants. | No. **2:11-cv-01688-SRB**<br><br>**ORDER** |

Upon stipulation of the parties, and good cause appearing therefore, it is hereby

**ORDERED** that the Arizona state law claims alleged against Defendants Richard Linkowski and Jane Doe Linkowski, husband and wife, and Christopher Carrier in Counts II, IV, and VI of Plaintiff's Complaint are dismissed with prejudice as to Defendants Richard Linkowski, Jane Doe Linkowski and Christopher Carrier only, each party to bear his or her own attorneys' fees and costs incurred as to these claims.

DATED this 7th day of September, 2012.

_____
Susan R. Bolton
United States District Judge