# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTINA FELDMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEARING, BELT & CHAIN, INC., an Arizona corporation; RICHARD LINKOWSKI and JANE DOE LINKOWSKI, husband and wife; and CHRISTOPHER CARRIER,<br><br>Defendants. | CASE NO.: CV 11-01688-PHX-SRB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the foregoing Stipulation of Dismissal and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice with each party bearing his, her or its own attorneys' fees and costs of this action.

Dated this 24th day of October, 2012.

_____
Susan R. Bolton
United States District Judge